**Osborn Donald CURRY, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28592.

Court of Criminal Appeals of Texas.

Nov. 14, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

Appellant was convicted of forgery, with a previous conviction for like offense, and his punishment was assessed at confinement in the penitentiary for seven years.

The record is before us without a statement of facts, in the absence of which the exceptions to the court's charge cannot be considered. There are no formal bills of exception.

The judgment is affirmed.